# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr4948-BGS-2 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Elizabeth Sierra-Grez (2), | |
| Defendant. | |

**FILED** FEB 2 0 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Superseding Information:

8:1325(a)(1) – Improper Attempted Entry by an Alien (Misdemeanor)

Dated: 2/20/2020

Hon. Bernard G. Skomal
United States District Judge